Certificate Number: 17082-PAE-DE-031988681

Bankruptcy Case Number: 18-17488



17082-PAE-DE-031988681

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2018, at 3:43 o'clock PM MST, KEVIN L ADAMS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    December 4, 2018            By:    /s/Orsolya K Lazar

Name:    Orsolya K Lazar

Title:    Executive Director