# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kevin Lee Adams <br> _Debtor(s)_ | CHAPTER 7 |
| Toyota Lease Trust <br> _Movant_ <br> vs. | NO. 18-17488 MDC |
| Kevin Lee Adams <br> _Debtor(s)_ | |
| Terry P. Dershaw Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 Toyota Camry, VIN: 4T1BF1FK2FU113130 in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 19th day of December, 2018.

_____
United States Bankruptcy Judge.

cc: See attached service list

Kevin Lee Adams
1760 Lindenwood Street
Philadelphia, PA 19131

SIANA NEWMAN, ESQUIRE
Consumber Bankruptcy Assistance Project
1424 Chestnut Street
Philadelphia, PA 19102

Terry P. Dershaw Esq.
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532