IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kevin Lee Adams | : | Case No. 18-17488MDC |
| | : | |
| Debtor Kevin Lee Adams | : | Chapter 7 |

**CERTIFICATE OF SERVICE**

I, Siana C. Newman, Esquire, attorney for the Debtor in the above matter, hereby certify that the foregoing Debtor's Amended Schedule A/B, Amended Schedule C and Declaration of Schedules was served upon the following parties, via ECF:

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Terry Dershaw, Esquire
Chapter 7 Trustee
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974

Date: 03/05/19                By: /s/ Siana C. Newman
                                 Siana C. Newman, Esquire
                                 Attorney for Debtor
                                 Consumer Bankruptcy Assistance Project
                                 718 Arch Street, 2nd Floor North
                                 Philadelphia, PA 19106
                                 (215) 523-9510
                                 scn@philalegal.org