IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Kevin Lee Adams | : | Bankruptcy No. 18-17488MDC |
| | | : | |
| | | : | Chapter 7 |

**PRAECIPE TO ENTER DISCHARGE**

TO THE CLERK OF COURT:

Kindly enter discharge in the above referenced case.

Respectfully submitted:

Date: 05/23/19

By: /s/ Siana C. Newman
Siana C. Newman, Esquire
Consumer Bankruptcy Assistance Project
718 Arch Street, 2nd Floor North
Philadelphia, PA 19106
(215) 523-9510
scn@philalegal.org